## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Emily Hergert, et al.
                        Plaintiff,

v.                                      Case No.: 1:20–cv–02062
                                                  Honorable Robert W. Gettleman

Conair Corporation
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 26, 2020:

      MINUTE entry before the Honorable Robert W. Gettleman:On Stipulation of the parties [14] this case is dismissed, with prejudice and without leave to refile,. Each party to bear its own costs. Defendant's motion to dismiss [5] is terminated. Status hearing set for 9/22/2020 is stricken. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.